# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHNATHAN C. LARGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-13-1242-F ) |
| KAMERON HARVANEK, | ) ) |
| Defendant. | ) |

## ORDER

Before the court are the Report and Recommendation of United States Magistrate Shon T. Erwin entered March 18, 2014 (doc. no. 12) and a pleading filed by plaintiff entitled "Objection in Support of Magistrate's Request." Doc. no. 13. Also before the court is another motion for leave to proceed *in forma pauperis* filed by plaintiff. *See* doc. no. 14.

Plaintiff's Objection in Support of Magistrate's Request states that "[t]his motion is in support of Johnathan Large needing assistance," but plaintiff does not specify what assistance he needs, much less truly object to the Report and Recommendation of the magistrate judge. Plaintiff's motion to proceed *in forma pauperis* is unnecessary. Plaintiff has already been granted leave to proceed *in forma pauperis* in this case. *See* doc. no. 8. Hence, plaintiff's recent motion for leave to proceed *in forma pauperis* (doc. no. 14) is **DENIED** as moot.

There being no true objection to the magistrate judge's Report and Recommendation, the Report and Recommentation (doc. no. 12) is **ADOPTED** in its entirety. For the reasons stated by the magistrate judge, and for the additional reason

that plaintiff has not filed any partial filing fee, this action is **DISMISSED** without prejudice. In light of this dismissal, plaintiff's motion to file an updated trust fund account statement (doc. no. 9) is **DENIED**.

DATED April 30, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-1242p001.wpd